IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MOORE,** | Case No. 2:18-cv-01699-MCE-EFB |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SCOTT FRAUENHEIM, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including September 11, 2018, to file a responsive pleading to Petitioner's Petition for Writ of Habeas Corpus.

Dated: August 13, 2018

_____
The Honorable Edmund F. Brennan