# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | No. 2:18-cv-1699-MCE-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner, proceeds through counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Per the court's Order dated February 6, 2019, this action has been stayed and held in abeyance to allow petitioner the opportunity to exhaust four of his claims in state court. ECF Nos. 23, 24. However, the court will not indefinitely hold the petition in abeyance. Accordingly, IT IS ORDERED that:

1. Petitioner must proceed diligently to pursue his state court remedies and must file a status report every ninety (90) days advising the court of the status of the state court proceedings; and

2. Petitioner's failure to comply with this order may result in an order vacating the stay.

DATED: April 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE