UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOORE,<br><br>   Petitioner,<br><br> v.<br><br>SCOTT FRAUENHEIM,<br><br>   Respondent. | Case No. 2:18-cv-01699-MCE-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>ECF No. 25<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

  Petitioner, a state prisoner, proceeds through counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the court's February 6, 2019 order, this action has been stayed and held in abeyance to allow petitioner the opportunity to exhaust four of his claims in state court. ECF Nos. 23, 24. On April 9, 2020, petitioner was ordered to file a status report every ninety days advising the court of the status of the state court proceedings. ECF No. 25. On April 16, 2020, petitioner filed a status report that indicated that state court proceedings were still pending. ECF No. 26. However, he has not filed a status report since that date.

  To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856

F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

      Petitioner will be given a chance to explain why the court should not dismiss the case for his failure to prosecute and failure to comply with court orders.  Accordingly, petitioner is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders.

IT IS SO ORDERED.

Dated:   January 19, 2021

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2