# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOORE,<br><br>        Petitioner,<br><br>  v.<br><br>SCOTT FRAUENHEIM,<br><br>        Respondent. | Case No. 2:18-cv-01699-MCE-JDP (HC)<br><br>ORDER DISCHARGING THE JANUARY 20, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 28 |

In light of petitioner's representations, the January 20, 2021 order to show cause, ECF No. 28, is discharged. Petitioner is reminded that he must proceed diligently to pursue his state court remedies and must file a status report every ninety days advising the court of the status of the state court proceedings.

IT IS SO ORDERED.

Dated:   February 25, 2021                     _____
                                                                                           JEREMY D. PETERSON
                                                                                           UNITED STATES MAGISTRATE JUDGE