Edward W. Swanson, SBN 159859
ed@smllp.law
August Gugelmann, SBN 240544
august@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Cliff Gardner, SBN 93782
Daniel Buffington, SBN 312697
1448 San Pablo Ave.
Berkeley, CA 94702
510-524-1093
casetris@aol.com

Attorneys for Petitioner
PAUL MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOORE,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　　　Defendant. | Case No. 18-cv-01699 DC JDP<br><br>**[PROPOSED]** ORDER |

For good cause shown, IT IS HEREBY ORDERED Petitioner Paul Moore's response to the magistrate court's Findings and Recommendations (Dkt. 55) shall be filed on or before January 30, 2026.

IT IS SO ORDERED.

Dated:   December 16, 2025                                   _____
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE